UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

      **Plaintiff,**

  **v.**

                                           **Case No. 13-mc-0004-DRH**

**Timothy Johnson, DC,**

      **Defendant,**

======================================

**Dennis J. Kellogg,**

      **Garnishee.**

### GARNISHEE ORDER

**HERNDON, Chief Judge:**

    A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 23, 2013, stating he represents the Defendant on a personal injury action that is currently pending in the Law Division of Cook County, Illinois, 12 L 2042, and makes a claim for whatever amount of the settlement is exempt as allowed by law.

    On April 18, 2013, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay all net proceeds due to Defendant from Case No. 12 L 2042, now pending in the Law Division in Cook County, Illinois, to Plaintiff. Net proceeds shall mean any recovery less attorney's fees, costs and expenses, as well as the amount exempt pursuant to law. The appropriate exemption amount in this case does not exceed $21,625.00

Payments are to be made payable to the U.S. Department of Justice, United States Attorney's Office, Financial Litigation Unit, 9 Executive Drive, Fairview Heights, Illinois 62208

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2013.

David R. Herndon
2013.05.31
15:23:38 -05'00'

**Chief Judge**
**United States District Court**