UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

      **Plaintiff,**                                Case No. 13-MC-00004-DRH

    **v.**

**Timothy Johnson,**

      **Defendant.**

**WRIT OF EXECUTION
PROPERTY TO BE SOLD AT PRIVATE SALE**

On February 5, 2013, a state court judgment was registered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, plaintiff, and against the defendant, Timothy Johnson, last known address: "Address Redacted", O'Fallon, Illinois, in the sum of $62,543.52.

Since entry of judgment, payments in the amount of $2,050.00 have been applied to the debt, leaving a current balance of $60,600.77.

An Application for Writ of Execution and Clerk's Notice of Post-Judgment Execution were filed March 13, 2014.   (Docs 16 & 20)

The Defendant was served with the Application for Writ of Execution and Clerk's Notice of Post-Judgment Execution on March 17, 2014.

The Defendant has not requested a hearing and did not object to the private sale.

**NOW**, **THEREFORE**, the Court hereby **ORDERS** the property described in

Exhibit A (Doc 16-1) be sold at private sale on the premises of 102 N. Main, Troy, Illinois for an amount of $2,000.00. **FURTHERMORE**, the funds will be disbursed to the United States of America and applied to the judgment debt.

Payment shall be made payable to:

>U.S. Department Justice
>9 Executive Drive
>Fairview Heights, IL   62208

**IT IS SO ORDERED.**
Signed this 14th day of April, 2014.

Digitally signed by
David R. Herndon
Date: 2014.04.14
09:56:58 -05'00'

**Chief Judge
U.S. District Court**