UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

       **Plaintiff,**   Case No.   **3:13-MC-00004-DRH**
**v.**

**Timothy Johnson,**

       **Defendant,**

========================================
**Pathway Chiropractic, P.C. ,**

       **Garnishee.**

### GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on March 17, 2014, stating that at the time of the service of the Writ he anticipated owing the Defendant payments from pending accounts receivable.

On March 17, 2014, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay all payments due to the Defendant from pending accounts receivable to Plaintiff, until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this

Court.

Payments are to be made payable to the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Attn: Financial Litigation Unit, Nine Executive Dr., Fairview Heights, Illinois 62208.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 14th day of April, 2014.

Digitally signed by David R. Herndon
Date: 2014.04.14 09:54:24 -05'00'

**Chief Judge**
**United States District Court**